UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BERNARD BARNETT, | CIVIL ACTION NO. 3:CV-13-0192 |
| Petitioner | (Judge Nealon) |
| v. | |
| DAVID J. EBBERT, Warden, | |
| Respondent | |

## ORDER

**AND NOW, THIS 15th DAY OF FEBRUARY, 2013,** for the reasons set forth in the Memorandum of this date, **IT IS HEREBY ORDERED THAT:**

1. Petitioner's application to proceed in forma pauperis, (Doc. 2), is **GRANTED** for the purpose of filing the petition only.

2. The petition for writ of habeas corpus, (Doc. 1), is **DISMISSED**.

3. Petitioner's motion for appointment of counsel, (Doc. 3), is **DISMISSED** as moot.

4. The Clerk of Court is directed to **CLOSE** this case.

_____
**United States District Judge**

**FILED**
**SCRANTON**

FEB 1 5 2013

PER _____
**DEPUTY CLERK**